479 A.2d 1142

Commonwealth v. Dunn, Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted May 4, 1984. Dorothy R. Waters, for appellant; Ann A. Osborne, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.

479 A.2d 1143

Commonwealth v. Frisoli, Appellant.
Petition for Allowance of Appeal
Denied Feb. 21, 1985.

Submitted July 28, 1983. Bernard V. O'Hare, III, for appellant; Anthony S. Blasco, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.